2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

OCT 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EMILY J. WEIMER | § | |
| | § | |
| VS. | § | NO. **B-02-199** |
| | § | |
| AMERICAN BANKERS LIFE | § | |
| ASSURANCE COMPANY OF | § | |
| FLORIDA and WELLS FARGO | § | |
| INSURANCE, INC. | § | |

## JOINDER IN REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:

WELLS FARGO INSURANCE, INC., a Defendant in this action, consents to removal

of this action from the 138th Judicial District Court of Willacy County, Texas to this Court,

and joins in the Notice of Removal filed with the Clerk of this Court by American Bankers

Assurance Company of Florida on October 15, 2002.

Respectfully submitted this _15th_ day of October, 2002.

OF COUNSEL:

STAPLETON, CURTIS
    & BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:   (956) 428-9191
Telecopier:   (956) 428-9283

Attorneys for Defendant Wells Fargo Insurance,
Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Joinder in Removal was on this the ___15th___ day of October, 2002, forwarded to all counsel herein:

Mr. John L. Malesovas
Malesovas & Martin, LLP
P.O. Box 1709
Waco, Texas 76703-1709
Attorney for Plaintiff

Via Facsimile (254) 755-6400
And
CMRRR #7001 2510 0006 8915 7815

Mr. Anthony L. Vitullo
Fee, Smith, Sharp & Vitullo
One Galleria Tower
13355 Noel Road, Suite 1200
Dallas, Texas 75240
Attorney for Plaintiff

Via Facsimile (972) 934-9200
and
First Class Mail

Mr. Jim Solis
501 East Tyler
Harlingen, Texas 78550
Attorney for Plaintiff

Via Facsimile (956) 425-1844
And
First Class Mail

Mr. Danny Gurwitz
Atlas & Hall
P.O. Drawer 3725
McAllen, Texas 78502-3725
Attorney for Defendant American Bankers

Via Facsimile (956) 686-6109
And
First Class Mail

_____
Chris Boswell