IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EMILY J. WEIMER | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-199 |
| AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA and WELLS FARGO, INC. | § § § § | |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendant, American Bankers Life Assurance Company of Florida, is aware of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. American Bankers Life Assurance Company of Florida

Dated this 30 day of October, 2002.

Respectfully Submitted,

By: _____
Daniel G. Gurwitz
State Bar No. 00787608
Fed. I.D. No. 16895
Atlas & Hall, L.L.P.
P. O. Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501
(956) 686-6109 Fax

ATTORNEY FOR DEFENDANT
AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA

United States District Court
Southern District of Texas
FILED
OCT 31 2002
Michael N. Milby
Clerk of Court

## CERTIFICATE OF SERVICE

I certify that on this _30_ day of October, 2002, a true and correct copy of the above and foregoing document was served by fax, regular mail and/or certified mail, return receipt requested, as follows:

| | | |
|---|---|---|
| John L. Malesovas<br>MALESOVAS & MARTIN<br>P.O. Box 1709<br>Waco, Texas 76703-1709 | Attorney for Emily J. Weimer | *CMRRR:*<br>*7000 0520 0025 4206 0052* |
| Anthony L. Vitullo<br>FEE, SMITH, SHARP & VITULLO, L.L.P.<br>One Galleria Tower<br>13355 Noel Road<br>Ste. 1200<br>Dallas, Texas 75240 | Attorney for Emily J. Weimer | *Regular mail* |
| Jim Solis<br>RIO GRANDE LAW CENTER BUILDING<br>501 East Tyler<br>Harlingen, Texas 78550 | Attorney for Emily J. Weimer | *Regular mail* |
| Chris Boswell<br>STAPLETON, CURTIS & BOSWELL, L.L.P.<br>515 E. Harrison, Suite A<br>Harlingen, Texas 78551 | Attorney for Wells Fargo, Inc. | *Regular mail* |

Daniel G. Gurwitz