United States District Court
Southern District of Texas
FILED

JAN 13 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EMILY J. WEIMER<br>　　　plaintiff<br><br>vs.<br><br>AMERICAN BANKERS LIFE ASSURANCE<br>COMPANY OF FLORIDA and<br>WELLS FARGO, INC.<br>　　　defendants | §<br>§<br>§<br>§ Civil Action No. B-02-199<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION FOR CONTINUANCE

NOW COMES AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA ("ABI"), defendant, and files this Agreed Motion for Continuance and would respectfully show the court as follows:

1. This case is presently set for an initial pre-trial scheduling conference on the 15th day of January, 2003.

2. ABI hereby moves the court to continue the matter for at least 30 days. The parties have tentatively agreed to settle the matter. However, the formal settlement have yet to be executed. The parties expect to have the matter formally settled within the next 30 days.

3. Wells Fargo, Inc. and the plaintiff have been consulted and agree with this motion for continuance.

WHEREFORE, PREMISES CONSIDERED, defendant ABI prays that this motion be granted and that the court re-set the initial pre-trial hearing and for such other and further relief, at law and equity, to which it may be justly entitled.

        Respectfully submitted,

By_____
    Daniel G. Gurwitz
    State Bar No. 00787608
    Fed. I.D. No. 16895
    Atlas & Hall, L.L.P.
    P.O. Box 3725
    McAllen, Texas 78502-3725
    Phone: (956) 682-5501
    Fax: (956) 686-6109

**Attorney in Charge for defendant American Bankers Life Assurance Company of Florida**

## Certificate of Service

I certify that on January _13_, 2003 a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
|---|---|---|
| John L. Malesovas<br>MALESOVAS & MARTIN<br>P.O. Box 1709<br>Waco, Texas 76703-1709 | Plaintiff<br>Emily J. Weimer | Fax and regular US mail |
| Anthony L. Vitullo<br>FEE, SMITH, SHARP &<br>VITULLO, L.L.P.<br>One Galleria Tower<br>13355 Noel Road, Suite 1200<br>Dallas, Texas 75240 | Plaintiff<br>Emily J. Weimer | Fax and regular US mail |
| Jim Solis<br>Rio Grande Law Center Building<br>501 East Tyler<br>Harlingen, Texas 78550 | Plaintiff<br>Emily J. Weimer | Fax and regular US mail |
| Chris Boswell<br>STAPLETON, CURTIS &<br>BOSWELL, L.L.P.<br>515 E. Harrison, Suite A<br>Harlingen, Texas 78551 | Defendant Wells<br>Fargo Insurance, Inc. | Fax and regular US mail |

_____
Daniel G. Gurwitz