IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EMILY J. WEIMER | § | |
| *plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-199 |
| | § | |
| AMERICAN BANKERS LIFE ASSURANCE | § | |
| COMPANY OF FLORIDA and | § | |
| WELLS FARGO, INC. | § | |
| *defendants* | § | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE HEARING

The __14TH__ day of __January__ 2003 came on for consideration Defendant ABI's Agreed Motion to Continue Initial Pre-trial Hearing and the court, having reviewed the motion and any response thereto, is of the opinion that it should be in all things *granted*.

It is therefore ORDERED, ADJUDGED and DECREED that this matter is set for a status hearing on the __21st__ day of __February__, 2003 at __1:30__ ~~a.m.~~/p.m.

SIGNED on the __14th__ day of __January__, 2003 in Brownsville, Texas.

United States ~~District~~ Judge
MAGISTRATE