# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EMILY J. WEIMER § § | |
| VS. § § | CIVIL ACTION NO. B-02-199 |
| AMERICAN BANKERS LIFE ASSURANCE § COMPANY OF FLORIDA, ET AL. § | |

TYPE OF CASE: __X__ CIVIL       ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:          CONTINUED TO DATE AND TIME:

**FEBRUARY 21, 2003 AT 1:30 P.M.**                          **FEBRUARY 24, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 7, 2003

TO:     MR. JOHN LEE MALESOVAS
        MR. DANIEL G. GURWITZ
        MR. CHRISTOPHER BOSWELL