*8*

United States District Court
Southern District of Texas
ENTERED

FEB 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| EMILY J. WEIMER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-199 |
| | § | |
| | § | |
| AMERICAN BANKERS LIFE ASSURANCE | § | |
| COMPANY OF FLORIDA, ET AL. | § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL


**TAKE NOTICE that the Initial Pretrial Conference set for February 24, 2003 at 1:30 P.M. is PASSED.**


**A Status Conference has been set for the place, date, and time set forth below:**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:

                                                         **MARCH 19, 2003 AT 1:30 P.M.**

                                    _____
                                    JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 19, 2003

TO:      MR. JOHN LEE MALESOVAS
         MR. DANIEL G. GURWITZ
         MR. CHRISTOPHER BOSWELL