# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

MAR 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| EMILY J. WEIMER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-199 |
| § | |
| AMERICAN BANKERS LIFE ASSURANCE § | |
| COMPANY OF FLORIDA, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)
(THIS CONFERENCE WILL NOT BE CONTINUED)

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| MARCH 19, 2003 AT 1:30 P.M. | MARCH 24, 2003 AT 1:30 P.M. |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 18, 2003

TO:    MR. JOHN LEE MALESOVAS
       MR. DANIEL G. GURWITZ
       MR. CHRISTOPHER BOSWELL