IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EMILY J. WEIMER<br>*plaintiff* | §<br>§<br>§ | |
| vs. | § | Civil Action No. B-02-199 |
| AMERICAN BANKERS LIFE ASSURANCE<br>COMPANY OF FLORIDA and<br>WELLS FARGO, INC.<br>*defendants* | §<br>§<br>§<br>§<br>§ | |

## AGREED TAKE NOTHING FINAL JUDGMENT

The court, having been informed by the parties that all matters at issue in this case have been settled and that the parties have mutually agreed that a take nothing judgment should be entered, ORDERS as follows:

It is hereby ORDERED, ADJUDGED and DECREED that all parties take nothing in this action, that this action be dismissed, and that all costs of court be assessed against the party incurring same. This judgment is final and concludes all matters at issue in this action between and among all parties.

Signed this 26th day of March, 2003 at Brownsville, Texas.

United State ~~Magistrate~~ District Judge